# CONNIE B. WILLIAMS
*Attorney at Law*

GREAT SOUTHWEST BUILDING
1314 TEXAS AVENUE, SUITE 1710
HOUSTON, TEXAS 77002

TEL (713) 225-3700
FAX (713) 225-3140
Email cbw1710@hotmail.com

July 28, 2015

Annie Rebecca Elliott
**District Clerk**
**301 Jackson Street**
**Richmond, Texas 77469**

via Fax 281-341-4519

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUL 3 0 2015

CHRISTOPHER A. PRINE

CLERK _____

Re:   **Joshua Jacob Patterson vs. the State of Texas**
      **Trail Court No. 11-DCR-058778**
      **Appellate Cause No. 01-15-00167-CR**

Dear Clerk Elliott:

Our office represents Mr. Patterson in the captioned matter.

The reporter's record in this case was filed in the First Court of Appeals on Wednesday July 15, 2015, as per the attached notice.

On Monday, July 20, 2015, Attorney Williams came by your office to check out the appellate record and was informed that a copy of the reporter's record had not been filed with your office.

On Wednesday, July 22, 2015, at 8:04 a.m. I, Attorney Williams' legal assistant, called Court Reporter Elizabeth Wittu at 713-409-3292, and left a message asking when a copy of the reporter's record would be filed with your office. As of this letter, Court Reporter Wittu has not returned said call.

On Thursday July 23, 2015, at 9:40 a.m. I called your office and was informed that a copy of the reporter's record had **not** been filed with your office.

On Tuesday July, 28, 2015 at 8:29 a.m. I again called your office and was again informed that a copy of the reporter's record had **not** been filed with your office.

**Please notify our office and the First Court of Appeals when a copy of the reporter's record is filed.**

Respectfully,

Marshall W. Watkins
Legal Assistant

cc: First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

Elizabeth Wittu
Official Court Reporter
240th District Court
401 Jackson Street
Suite 201
Richmond, Texas 77469

 **FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

July 15, 2015

RE: Case No. 01-15-00167-CR

Style: Joshua Jacob Patterson
v. The State of Texas

On **July 15, 2015** the reporter's record was filed. If the reporter's record is incomplete, appellant or any other party should seek to supplement the record. Tex. R. App. P. 34.5(c). **If the clerk's record has already been filed, appellant's brief is due 30 days from this date; if it is an accelerated appeal, appellant's brief is due 20 days from this date.** Tex. R. App. P. 38.6(a). All motions or other documents (i.e., briefs) filed with the Court must comply with Tex. R. App. P. 9.

T. C. Case # 11-DCR-058778        Christopher A. Prine, Clerk of the Court

Connie B. Williams
1314 Texas, Ste 1710
Houston, TX 77002
*DELIVERED VIA E-MAIL*

 **FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

July 15, 2015

RE: Case No. 01-15-00167-CR

Style: Joshua Jacob Patterson .
v. The State of Texas

On **July 15, 2015** the reporter's record was filed. If the reporter's record is incomplete, appellant or any other party should seek to supplement the record. Tex. R. App. P. 34.5(c). **If the clerk's record has already been filed, appellant's brief is due 30 days from this date; if it is an accelerated appeal, appellant's brief is due 20 days from this date.** Tex. R. App. P. 38.6(a). All motions or other documents (i.e., briefs) filed with the Court must comply with Tex. R. App. P. 9.

T. C. Case # 11-DCR-058778        Christopher A. Prine, Clerk of the Court

Connie B. Williams
1314 Texas, Ste 1710
Houston, TX 77002
*DELIVERED VIA E-MAIL*

**CONNIE B. WILLIAMS**

*Attorney at Law*

GREAT SOUTHWEST BUILDING
1314 TEXAS AVENUE, SUITE 1710
HOUSTON, TEXAS 77002





UNITED STATES POSTAGE
PITNEY BOWES
$000.48⁰
02 1P
0006928022   JUL 28 2015
MAILED FROM ZIP CODE 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUL 30 2015

CHRISTOPHER A. PRINE
CLERK

First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

**MAIL RECEIVED**

7700220699